**Order filed June 06, 2013.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-12-00833-CR**
**NO. 14-12-00834-CR**
_____

**HIRAM BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 13**
**Harris County, Texas**
**Trial Court Cause Nos. 1806917 & 1806918**

## ORDER

The reporter's record in this case was due **October 29, 2012**. *See* Tex. R. App. P. 35.1. On January 4, 2013, this court ordered the court reporter to file the record within 30 days. When the court reporter failed to file the record as ordered, this court again, on May 1, 2013, ordered the court reporter to file the record within 30 days, and instructed the court reporter that no further extensions would

be entertained absent exceptional circumstances. The record has not been filed with the court. On June 4, 2013, the court reporter filed another motion to extend time requesting until July 1, 2013 to file the record. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed timely as ordered, we issue the following order.

We direct Deanne Bridwell, the official court reporter of the **County Criminal Court at Law No. 13,** to file the reporter's record on or before **July 1, 2013.** If Deanne Bridwell does not file the record on or before July 1, 2013, as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM